**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

```
UNITED STATES OF AMERICA    )
                            )
Plaintiff,                  )
                            )
vs.                         )    CAUSE NO. 2:08-CR-111
                            )
JOHN DOE, a/k/a Samuel      )
Munoz, a/k/a Jorge          )
Quientero,                  )
                            )
Defendant.                  )
```

## ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant John Doe a/k/a Samuel Munoz a/k/a Jorge Quientero (DE #40) filed on December 9, 2008. No objections have been filed to Magistrate Judge Cherry's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant John Doe a/k/a Samuel Munoz a/k/a Jorge Quientero, and **FINDS** the Defendant guilty of Counts 1, 2, 3 and 4 of the Indictment, in violation of Title 18 U.S.C. § 2113(a); Title 18 U.S.C. § 924(c)(1)(A)(iii); Title 18 U.S.C. §922(g)(5)(A); and Title 8 U.S.C. §1325(a).

This matter is set for sentencing on March 19, 2009, at 12:30 p.m.

**DATED:  December 31, 2008**           /s/RUDY LOZANO, Judge
                                        **United States District Court**